

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2023



**BY ECF**

The Honorable Katharine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

**Re:**   *United States v. Juan Pablo Lozano*, **23 Cr. 180** (**KPF**)

Dear Judge Failla:

      The Government writes, with the consent of defendant Juan Pablo Lozano, to respectfully request that the status conference currently scheduled for Friday, September 22, 2023, at 3:00 p.m. be adjourned for approximately 60 days.  The parties are presently engaged in productive discussions regarding the disposition of the case and believe that an adjournment will permit those discussions to advance.  For the same reason, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the next conference.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

by: _____
      Nicholas S. Bradley / Sarah L. Kushner /
      Alexander Li / David J. Robles
      Assistant United States Attorneys
      (212) 637-2676/-1581/-2265/-2550

cc:   Dawn Cardi, Esq. (*by ECF*)

Application GRANTED.  The conference scheduled for September 22, 2023, is ADJOURNED to **December 1, 2023,** at **3:30 p.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **September 22, 2023** and **December 1, 2023.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to discuss a pretrial disposition of this case.

The Clerk of Court is directed to terminate the pending motion at docket number 47.

Dated:     September 18, 2023          SO ORDERED.
           New York, New York

                                       *[signature: Katherine Polk Failla]*

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE