

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



**Re:**   *United States v. Juan Pablo Lozano*, 23 Cr. 180 (KPF)

Dear Judge Failla:

      The Government writes, with the defendant's consent, to respectfully request a 60-day adjournment of the status conference currently scheduled for March 26, 2024, at 11:00 a.m. The defendant has requested, and the Government has begun providing, discovery, which is voluminous. The Government and defense counsel have conferred and respectfully request that the conference be adjourned for a period of 60 days, to allow the Government time to produce additional discovery and the defense time to review the discovery, as well as to allow the parties to discuss a possible pretrial disposition of this matter. For the same reasons, the Government, with the defendant's consent, respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the next conference.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Sarah L. Kushner
      Assistant United States Attorney
      (212) 637-2676

cc:   Dawn Marcella Cardi, Esq. (by ECF)

Application GRANTED.  The status conference scheduled for March 26, 2024, is hereby ADJOURNED to **May 23, 2024,** at **11:00 a.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **March 26, 2024** and **May 23, 2024.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit Defendant time to review additional discovery with counsel, and provide the parties time to discuss a possible pretrial disposition of this matter.

The Clerk of Court is directed to terminate the pending motion at docket entry 72.

Dated:    March 19, 2024           SO ORDERED.
          New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE