

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

November 21, 2024

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *United States v. Lozano*, 23-CR-180 (KPF)

Dear Judge Failla:

    I am counsel to Juan Lozano in the above-referenced action. I write to request an adjournment to the status conference scheduled for November 26, 2024 at 3 PM. The reason for this request is that I will be on trial in New York Supreme Court, and that plea negotiations with the government are continuing. Additionally, the government does not object to this request. The defense waives any speedy trial time with respect to the time between November 26, 2024, and the adjournment date. I am available January 6-7, 27 (in the afternoon), and 28-30. If these dates are not convenient for the Court, I will provide further dates.

    I thank you in advance for your consideration of this matter.

                                             Respectfully,

                                             /s/

                                           Dawn M. Cardi

cc: all counsel via ECF

Application GRANTED. The status conference scheduled for November 26, 2024, is hereby ADJOURNED to **January 28, 2025,** at **12:00 p.m.** The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **November 26, 2024,** and **January 28, 2025.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 148.

Dated:     November 21, 2024          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE