LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

August 14, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007



**Re: United States v. Juan Pablo Lozano; 23 Cr. 180 (KPF)**

Dear Judge Failla:

  I represent Juan Pablo Lozano in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on January 28, 2025, after prior counsel was relieved.

  Mr. Lozano has become dissatisfied with my representation and advice. Accordingly, I write at his request to schedule a substitution of counsel proceeding next week. After conferring with AUSA David Robles, the parties are available on August 20, 2025 (after 10 a.m.), August 21, 2025 or August 22, 2025 (before 2 p.m.).

  Thank you for your consideration.

Respectfully submitted,

*Anthony Cecutti*

Anthony Cecutti, Esq.

The Court is in receipt of the above request to substitute counsel. Accordingly, the parties are hereby ORDERED to appear for a conference on **August 21, 2025**, at **12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 241.

Dated:    August 15, 2025          SO ORDERED.
          New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE