UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JUAN PABLO LOZANO, CARLOS OMAR FELIX GUTIERREZ, SILVANO FRANCISCO MARIANO, JULIO MARIN GONZALEZ,<br><br>Defendant. | 23 Cr. 180 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are directed to appear for a scheduling conference on **September 2, 2025, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  August 22, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge