
## Barnes & Thornburg

390 Madison Avenue, FL 12
New York, NY 10017-25099 U.S.A.
(646) 746-2000
Fax (646) 746-2001

www.btlaw.com

Lawrence Gerschwer
Partner
646-746-2022
Lawrence.Gerschwer@btlaw.com

November 25, 2025



The Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Street
New York, NY 10007

Re:     ***United States v. Guzman Salazar, et al., No. 23-CR-180 (KPF)***

Dear Judge Failla:

I write on behalf of my client, Julio Marin Gonzalez, and with the consent of counsel for defendants Juan Pablo Lozano, Carlos Omar Felix Gutierrez, and Silvano Francisco Mariano, to respectfully request an extension of the motion schedule set on September 2, 2025, as follows:

| Event | Current | Proposed |
| --- | --- | --- |
| Defendants' motion(s): | 12/1/25 | 1/12/26 |
| Opposition: | 12/22/25 | 1/26/26 |
| Reply: | 1/12/26 | 2/9/26 |
| Motion hearing: | 1/20/26 | 2/23/26 |

The motion schedule for defendants was consolidated in September 2025. One of the defendants, Mr. Lozano, previously sought and received an extension of this schedule. An extension is necessary to allow additional time for the parties to discuss resolving the case without the need for motions and/or a trial. The Government consents to this request.

/s/ Lawrence Gerschwer
Lawrence Gerschwer
*Counsel for Julio Marin Gonzalez*

cc:     All parties by ECF

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey

New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.

Application GRANTED.  The above briefing schedule is hereby adopted.  The motion hearing currently scheduled for January 20, 2026, is hereby ADJOURNED to **February 23, 2026,** at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Court is disinclined to grant any further extensions.

The Court notes that it is adopting the proposed hearing date as a courtesy to the parties, as there is a chance that the date will coincide with the Court's Part I duty.

The Clerk of Court is directed to file this endorsement on the dockets for Mr. Marin Gonzalez, Mr. Pablo Lozano, Mr. Felix Gutierrez, and Mr. Francisco Mariano.  The Clerk of Court is further directed to terminate the pending motions at docket entries 259 (which was addressed at docket entry 262) and 267 (which is addressed here).

Dated:    November 25, 2025          SO ORDERED.
          New York, New York


                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE